FILED
IN CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

2004 OCT -1  P 12: 11

U.S. DISTRICT COURT
DISTRICT OF MASS.

GENESYS CONFERENCING, INC.,
    Plaintiff,

vs.

MARGIE MEDALLE,
    Defendant.

C. A. No. 04-12055 RWZ.

FILING FEE PAID:
RECEIPT #
AMOUNT $
BY DPTY CLK
DATE

## MOTION FOR ADMISSION *PRO HAC VICE* OF CARL M. VARADY

Pursuant to Rule LR83.5.3(b) of the Rules of the United States District Court for the District of Massachusetts and Rule 7(b) of the Federal Rules of Civil Procedure, I, Edward J. Lonergan, a member in good standing before the Bar of this Court, hereby move this Court for an order allowing the *pro hac vice* admission of Carl M. Varady in the captioned matter.

Carl M. Varady has provided legal advice and assistance to Defendant Margie Medalle in the captioned matter.

In the event that the Court grants this Motion, the following conditions will be observed:

i.  Service of all pleadings may be made on Edward J. Lonergan ("local counsel") at the following address: Suite 800, 101 Merrimac Street, Boston MA 02114-9601;

ii.  Local counsel may be contacted at the following telephone and facsimile numbers regarding scheduling and other matters relating to this case: Telephone (617) 371-0430; Facsimile (617) 227-7177; and

iii.  Local counsel will meaningfully participate in all aspects of this matter and will have authority and responsibility to act as attorney of record for all purposes.

Attached hereto are the Declarations of Edawrd J. Lonergan and Carl M. Varady regarding this request for *pro hac vice* admission. Mr. Varady has been provided with copies of the Local Rules of Practice for the United States District Court for the District of Massachusetts, as amended and effective January 2, 2001, including LR83.5.3(b), prior to the submission of this Application.

Dated this 1st day of October, 2004.

EDWARD J. LONERGAN
BBO # 303960
Suite 800
101 Merrimac Street
Boston, Massachusetts 02114-9601
Tel: (617) 371-0430
Fax: (617) 227-7177
Attorney for Defendant
MARGIE MEDALLE

### CERTIFICATE OF SERVICE

I, Edward J. Lonergan, hereby certify that a true copy of the above document and proposed order were served upon the plaintiff's counsel by hand on this 1st day of October, 2004.