EXHIBIT "3" TO DECLARATION OF MARGIE MEDALLE

## Medalle, Margie

**From:** Medalle, Margie
**Sent:** Thursday, August 07, 2003 10:41 AM
**To:** Legros, Francois
**Subject:** RE: Renouncement of Amendment A

Francois,
Based on our conversation today, I would agree to the renouncement of Amendment A based on the following:

- Upon my termination or elimination of position I would receive 2 years of my base salary.
- Upon my termination or elimination of position I would receive 2 years medical and dental coverage
- I would be issued additional options of 115,000 shares. (this is in addition to what I currently have).
- Upon my termination and elimination of position all of my options would immediately vest.
- Upon a demotion (change in my position and step down in my title) all clauses of the above would apply.
- I will receive 100% of my salary as bonus if targets and MBO's are achieved.

Francois, my decision to renounce Amendment A is based on taking on the position of President you have offered me on the new organization structure effective mid of next year. Given the role, the title of President is more appropriate than COO.

Regards,
Margie

**Margie Medalle**
President/CEO North America
Genesys Conferencing

margie.medalle@genesys.com
Tel: 808-540-4103
Fax: 808-524-1708

http://www.genesys.com

-----Original Message-----
**From:** Legros, Francois
**Sent:** Monday, July 28, 2003 11:19 PM
**To:** Medalle, Margie
**Subject:** RE: Renouncement of Amendment A

I still believe that you are making a mistake but - that's your choice and I'll respect it

-----Message d'origine-----
**De:** Medalle, Margie
**Envoyé:** mardi 29 juillet 2003 00:43
**À:** Legros, Francois
**Objet:** Renouncement of Amendment A

Francois,
Thank you for taking the time to meet with me. At this time, I have elected to keep in force Amendment A to my employment contract signed January 30, 2001.

Regards,

**Margie Medalle**
President/CEO North America
Genesys Conferencing

1

Margie.Medalle@Genesys.com
Tel: 1-808-540-4103
Fax: 1-808-524-1708

Http://www.Genesys.com