EXHIBIT "5" TO DECLARATION OF MARGIE MEDALLE

Hej                                                                                      Page 1 of 1

## Margie Medalle

**From:** Huzell, Jim [Jim.Huzell@Genesys.com]
**Sent:** Friday, September 10, 2004 4:03 AM
**To:** Margie Medalle
**Subject:** Spam:Hej

Congratulations!

Saw the article in Telespan. I agree that you seem to target a potentially interesting niche. However, got curious re the sentence that you are offering a "one stop for automated, web and video". Who will provide those services to you? Have you talked to your old friends at Genesys or are you using a competitor? I see WebEx on your web side....

Just a naïve question from Jim!

Take care!

9/21/2004