FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT 2005 FEB 11 P 3:32
FOR THE DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| GENESYS CONFERENCING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-12055-RWZ |
| ) | |
| MARGIE MEDALLE, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties to the above-captioned action hereby stipulate that they have entered a Settlement Agreement among them and that this action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Respectfully submitted,

_____          _____
Samuel E. Feigin, Esq.                       Carl M. Varady, Esq.
Carolyn A. Wiesenhahn, Esq.              American Savings Bank Tower
Dora Kripapuri, Esq.                         1001 Bishop Street
Mintz, Levin, Cohn, Ferris, Glovsky     Suite 2870
  and Popeo, P.C.                             Honolulu, HI 96813-3429
One Financial Center                        8088-523-8447
Boston, MA 02111
617-542-6000

Dated: February 11, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by (mail/hand) on: and fax
2/11/05